AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF  NEVADA

MICHAEL STEVE COX,

    Petitioner,

V.

STATE OF NEVADA, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:13-cv-00053-MMD-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is **DISMISSED** without prejudice for lack of exhaustion.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

  August 22, 2013                               **LANCE S. WILSON**
                                                          Clerk

                                                           /s/ D. R. Morgan
                                                             Deputy Clerk