AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MICHAEL STEVE COX,

      Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:13-cv-00053-MMD-VPC**

STATE OF NEVADA, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition is **DISMISSED** without prejudice for lack of exhaustion.
      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**


  August 22, 2013                                 **LANCE S. WILSON**
                                                          Clerk


                                                       /s/ D. R. Morgan
                                                           Deputy Clerk